UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARTIN DANKS,<br><br>　　　　　　Petitioner,<br>　　vs.<br>VINCE CULLEN, as Warden of California State Prison at San Quentin,<br><br>　　　　　　Respondent. | Case No. 1:11-cv-00223 LJO<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER IN FORMA PAUPERIS STATUS |

　　　On February 9, 2011, Petitioner Joseph Martin Danks ("Danks") requested appointment of counsel, a stay of execution of his death sentence, and permission to proceed *in forma paueris*. The request to proceed *in forma pauperis* was denied without prejudice because Danks did not submit a certificate from the prison stating the amount on deposit in his trust account. On February 22, 2011, he presented the necessary documentation required under Rule 3(a) of the Rules Governing § 2254 Cases in the United States District Courts and 28 U.S.C. § 1915.

　　　Good cause appearing therefor,

　　　Danks' application to proceed *in forma pauperis* is granted.

IT IS SO ORDERED.

Dated:　February 23, 2011

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

11dp223.OGrantingIFPStatus.Dnk.wpd