# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARTIN DANKS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No.: 1:11-cv-00223 LJO<br><br>ORDER DIRECTING PETITIONER TO FILE QUARTERLY STATUS REPORTS PENDING COMPLETITION OF STATE EXHAUSTION PROCEEDINGS<br><br>**DEATH PENALTY CASE** |

On November 9, 2011 this Court granted the motion of Petitioner Joseph Martin Danks ("Danks") to hold federal proceedings in abeyance during exhaustion of his state remedies before the California Supreme Court. Dank's state exhaustion petition was filed on September 13, 2011. Following a request from the California Supreme Court, on December 9, 2011 the People of the State of California filed an informal response. On June 22, 2012, Danks filed his reply to the informal response.

Danks is now directed to file quarterly status reports advising this Court of significant developments in his state court case during its pendency, with the first to be filed December 1, 2013.

IT IS SO ORDERED.

Dated: October 22, 2013

　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　United States District Judge

O4Petn2FileStatRptrs-Dnk