# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARTIN DANKS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL, as Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No.  1:11-cv-00223-LJO-SAB<br><br>ORDER DIRECTING PETITIONER TO FILE QUARTERLY STATUS REPORTS REGARDING STATE EXHAUSTION PROCEEDINGS<br><br>ECF NO. 42 |

　　　On October 22, 2013, Petitioner was directed to file quarterly status reports advising the Court of developments in his state exhaustion case, with the first to be filed December 1, 2013. (ECF No. 42.)  The only status report Petitioner has filed was on November 27, 2013.  (ECF No. 43.)

　　　The Court now directs Petitioner's CJA attorneys Gary Sowards and Margo Hunter of the HCRC to comply with the Court's October 22, 2013 order and file Petitioner's quarterly status reports, December 1, March 1, June 1, and September 1 of each year.  Since the June 1, 2014 due date has passed, counsel are directed to file Petitioner's second status report no later than July 22, 2014, and then beginning again on December 1, 2014.

IT IS SO ORDERED.

Dated:  **July 9, 2014**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1