Gary D. Sowards (Bar No. 69426)
Margo Hunter (Bar No. 184157)
HABEAS CORPUS RESOURCE CENTER
303 Second Street, Suite 400 South
San Francisco, California 94107
Telephone:  (415) 348-3800
Facsimile:   (415) 348-3873
E-mail:        docketing@hcrc.ca.gov

Attorneys for Joseph Martin Danks

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH MARTIN DANKS,**<br><br>        **Petitioner,**<br><br>v.<br><br>**RON DAVIS, Warden of California State Prison at San Quentin,**<br><br>        **Respondent.** | Case No. 1:11-cv-00223-LJO-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>**PETITIONER'S QUARTERLY STATUS REPORT** |

**TO:  THE HONORABLE STANLEY A. BOONE, UNITED STATES MAGISTRATE JUDGE FOR THE EASTERN DISTRICT OF CALIFORNIA:**

    Pursuant to the Court's Order, filed July 10, 2014, (ECF No. 45, filed 7/10/14) Petitioner Joseph Martin Danks, through his counsel the Habeas Corpus Resource Center, files the present Quarterly Status Report.

    On October 22, 2013, the Court directed Petitioner "to file quarterly status reports advising this Court of significant developments in his state court case during its pendency with the first to be filed December 1, 2013." ECF No. 42, filed 10/22/2013.

On June 1, 2015, Petitioner filed a status report apprising the Court that since the filing of Petitioner's status report on March 2, 2015, the California Supreme Court had not taken any action, and the exhaustion petition remained pending. ECF No. 50, filed 6/1/15.

There have been no developments in the state court matter since the filing of the June 1, 2015 status report in this Court; the California Supreme Court has not taken any action, and the exhaustion petition remains pending.[1]

Dated: September 1, 2015

Respectfully submitted,

HABEAS CORPUS RESOURCE CENTER

Gary D. Sowards
Margo Hunter

By: */ s / Gary D. Sowards*
Gary D. Sowards

Attorneys for Petitioner
Joseph Martin Danks

---

[1]*See*: http://appellatecases.courtinfo.ca.gov/search/case/dockets.cfm?dist=0&doc_id=1991327&doc_no=S196398; last visited September 1, 2015.