UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARTIN DANKS<br><br>Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Warden of California State Prison at San Quentin,<br><br>Respondent.[1] | Case No. 1:11-cv-00223-JLT<br><br>DEATH PENALTY CASE<br><br>SCHEDULING ORDER FOLLOWING EXHAUSTION PROCEEDINGS |

The court, having reviewed the parties' joint post-exhaustion status conference statement filed on March 16, 2022, and the record, sets the following schedule:

1. Petitioner, by not later than June 4, 2022, shall file in the United State Supreme Court, a petition for writ of certiorari to the California Supreme Court regarding its January 5, 2022, denial of his petition for review. Petitioner shall promptly file in this proceeding a notice of final disposition of the certiorari petition.

2. Respondent, by not later than ninety (90) days from petitioner's filing in this proceeding of the notice of disposition of the certiorari petition, shall file either a responsive pleading to the federal petition other than an answer, or an answer to the federal petition in conformance with Rule 5(b) of the Rules Governing § 2254

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Ron Broomfield, Warden of San Quentin State Prison, is substituted as respondent in place of his predecessor wardens.

1

Cases.

3. If respondent files any responsive pleading, other than an answer, then petitioner shall file his opposition by not later than sixty (60) days from the filed date of the responsive pleading, with respondent filing his reply by not later than forty-five (45) days from the filed date of the opposition. Otherwise, petitioner shall file any reply to the answer by not later than sixty (60) days from the filed date of the answer.

The court will provide further scheduling in a subsequent order. The parties are advised that any motion(s) for discovery, expansion of the record, and/or evidentiary hearing will be addressed only after the court's §2254(d) analysis of the federal claims.

IT IS SO ORDERED.

Dated:   **April 4, 2022**

UNITED STATES DISTRICT JUDGE