# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARTIN DANKS, | Case No. 1:11-cv-00223-JLT |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER MODIFYING BRIEFING SCHEDULE |
| OAK SMITH, Warden of California State Prison at San Quentin, | |
| Respondent.[1] | |

Respondent Oak Smith, Warden of the California State Prison at San Quentin, through counsel Deputy Attorney General Justain Riley, moves to modify the case schedule to extend the time to file his answer to the underlying 28 U.S.C. § 2254 Petition from June 8, 2023 to a date thirty (30) days from the date several presently unavailable reporter's transcripts, sealed in the state record, are lodged under seal in this proceeding and available for distribution to Respondent's counsel. (Doc. 82 at 1-2.) This is Respondent's first request for extension of time. (*Id.*)

Counsel for Respondent represents that counsel for Petitioner, Melissa Burkhart, does not oppose the requested relief. (*Id.*) Counsel for Respondent further represents that counsel for Petitioner will request the Court unseal the transcripts upon lodging thereof in this case, for

---

[1] Oak Smith, named as acting warden of San Quentin State Prison in January 2023, is substituted as Respondent in place of his predecessor wardens. Fed. R. Civ. P. 25(d).

1

distribution to Respondent's counsel.  (*Id.*)

The Court finds good cause to modify the current case schedule (*see* Doc. 81), consistent with that stipulated to above by the parties, and as provided below.

Accordingly,

1. Respondent shall file his Answer to the § 2254 Petition in conformance with Rule 5(b) of the Rules Governing § 2254 Cases, within **THIRTY** (30) days from the date the Court issues an order unsealing for distribution to Respondent's counsel the presently unavailable reporter's transcripts sealed in the state record.

2. Petitioner's counsel shall **PROMPTLY** lodge the sealed state transcripts in this proceeding and thereupon request unsealing for distribution to Respondent's counsel. Petitioner's counsel shall a written status report with the Court in the event the sealed transcripts are not lodged and the unsealing request is not filed in the case docket within THIRTY (30) days of the filed date of this order.

3. Petitioner shall file his Reply to the Answer within **SIXTY** (60) days of the filed date thereof.

4. Within **ONE HUNDRED EIGHTY** (180) days of the filed date of the Reply to the Answer, the parties shall file their substantive full scope briefs in support of and opposition to the Petition.

5. The Court will NOT entertain a request for summary judgment.

6. Motions for discovery, expansion of the record, and/or evidentiary hearing will be entertained only AFTER the Court's §2254(d) analysis of the federal claims.

IT IS SO ORDERED.

Dated:   **June 2, 2023**

UNITED STATES DISTRICT JUDGE