UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARTIN DANKS,<br><br>  Petitioner,<br><br>  v.<br><br>RON BROOMFIELD, Warden of California State Prison at San Quentin,<br><br>  Respondent.[1] | Case No. 1:11-cv-00223-JLT<br><br>DEATH PENALTY CASE<br><br>ORDER MODIFYING BRIEFING SCHEDULE |

The Court finds good cause to modify the case schedule consistent with the order granting Petitioner's request to lodge documents under seal issued in the case. (Doc. 89.) Thus, the Court **ORDERS**:

1. Respondent shall file his answer to the 28 U.S.C. § 2254 petition, in conformance with Rule 5(b) of the Rules Governing § 2254 Cases, by not later than AUGUST 9, 2023.

2. Petitioner shall file his reply to the answer within SIXTY (60) DAYS of the filed date thereof.

3. Within ONE HUNDRED EIGHTY (180) days of the filed date of the reply to the answer, the parties shall file their substantive full scope briefs in support of and opposition

---

[1] Pursuant to the Federal Rules of Civil Procedure, Rule 25(d), Ron Broomfield, Warden of San Quentin State Prison, shall be substituted as Respondent in place of his predecessor wardens.

1

to the petition.

4. The Court will NOT entertain a request for summary judgment.

5. Motions for discovery, expansion of the record, and/or evidentiary hearing will be entertained only AFTER the Court's §2254(d) analysis of the federal claims.

IT IS SO ORDERED.

Dated:   **July 12, 2023**

_____
UNITED STATES DISTRICT JUDGE