UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARTIN DANKS,<br><br>    Petitioner,<br><br>   v.<br><br>RON BROOMFIELD, Warden of California State Prison at San Quentin,<br><br>    Respondent.[1] | Case No.  1:11-cv-00223-JLT<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE<br><br>(Doc. 102) |

Respondent Ron Broomfield, Warden of the California State Prison at San Quentin, through counsel Deputy Attorney General Justain Riley, moves to modify case scheduling to provide for staggered rather than simultaneous merits briefing.  (Doc. 102.)  This is Respondent's first request to modify the briefing schedule.

Counsel for Respondent represents that counsel for Petitioner, the Habeas Corpus Resource Center, does not oppose the requested relief.  (Doc. 102 at 1 n.1.)

The Court finds good cause to modify the current case schedule (Doc. 94), as agreed to by counsel for the parties.

ACCORDINGLY,

1.     Petitioner shall file his substantive full scope brief in support of the 28 U.S.C.

---

[1] Pursuant to the Federal Rules of Civil Procedure, Rule 25(d), Ron Broomfield, Warden of San Quentin State Prison, shall be substituted as Respondent in place of his predecessor wardens.

§ 2254 Petition within ONE HUNDRED EIGHTY (180) DAYS from the filed date of the Reply to the Answer.

  2. Respondent shall file his substantive full scope brief in opposition to the 28 U.S.C. § 2254 Petition within ONE HUNDRED EIGHTY (180) DAYS from the filed date of Petitioner's brief.

  3. Petitioner shall file any reply brief within NINETY (90) DAYS from the filed date of Respondent's brief.

  4. The current case schedule OTHERWISE SHALL REMAIN in full force and effect.

  5. The Court will NOT entertain a request for summary judgment.

  6. Motions for discovery, expansion of the record, and/or evidentiary hearing will be entertained only AFTER the Court's §2254(d) analysis of the federal claims.

IT IS SO ORDERED.

  Dated: **August 22, 2023**        _Jennifer L. Thurston_
                   UNITED STATES DISTRICT JUDGE