UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARTIN DANKS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHANCE ANDES, Warden of San Quentin Rehabilitation Center,<br><br>　　　　Respondent.[1] | Case No. 1:11-cv-00223-JLT<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. 109) |

Petitioner Joseph Martin Danks, through counsel the Habeas Corpus Resource Center by attorney Gary Sowards, moves to extend the deadline for filing his brief in support of the § 2254 petition for writ of habeas corpus from July 8, 2024 to December 17, 2024.  This extension of time, Petitioner's first such request, is necessary because ongoing responsibilities in military commission proceedings at the United States Naval Station Guantanamo Bay, Cuba, and personal health issues have left counsel unable to perform the work reasonably necessary to prepare and file a professionally adequate merits brief by the current due date.  (Doc. 109 at 3-4.)[2]

Counsel for Petitioner represents that Respondent Chance Anders, Warden of the San

---

[1] Chance Andes, Acting Warden of San Quentin Rehabilitation Center since January 2024, is substituted as Respondent in place of his predecessor wardens.  Fed. R. Civ. P. 25(d).

[2] Reference to pagination is to CM/ECF System pagination.

1

1  Quentin Rehabilitation Center, through counsel Deputy Attorney General Justain Riley, does
2  not oppose the requested relief.  (Doc. 109 at 4.)
3      The Court, finding the matter amenable to resolution on the papers, GRANTS the
4  requested relief and modifies the case schedule, for good cause shown.  The Court is satisfied
5  that notwithstanding Petitioner's reasonable diligence and that of his counsel, the current
6  scheduling deadline cannot be met.  Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified
7  only for good cause and with the judge's consent."); *City of Lincoln v. Cnty. of Placer*, 2023
8  WL 2776091, at *6 (E.D. Cal. Apr. 4, 2023) (the "good cause" requirement focuses primarily
9  on the party's diligence and its reasons for not acting sooner).
10     THEREFORE, the Court rules that:
11     1.   Petitioner shall file his brief in support of the § 2254 petition for writ of habeas
12  corpus **NO LATER THAN DECEMBER 17, 2024**.
13     2.   The current case schedule (Doc. 103) **OTHERWISE SHALL REMAIN** in full
14  force and effect.
15     3.   The Court will NOT entertain a request for summary judgment.
16     4.   Motions for discovery, expansion of the record, and/or evidentiary hearing will
17  be entertained only AFTER the Court's §2254(d) analysis of the federal claims.

IT IS SO ORDERED.

Dated:   **June 17, 2024**

UNITED STATES DISTRICT JUDGE

2