UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARTIN DANKS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CHANCE ANDES, Warden of San Quentin Rehabilitation Center,<br><br>　　　　Respondent.[1] | Case No.  1:11-cv-00223-JLT<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE BRIEF IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. 111) |

　　　　Petitioner Joseph Martin Danks, through counsel the Habeas Corpus Resource Center by lead attorney Gary Sowards, moves to extend the deadline for filing his brief in support of the 28 U.S.C. § 2254 petition for writ of habeas corpus from December 17, 2024 to April 16, 2025.  This extension of time, Petitioner's second such request, is necessary because ongoing responsibilities in military commission proceedings at the United States Naval Station Guantanamo Bay, Cuba, and the press of scheduled proceedings in an unrelated state capital case have left lead counsel unable to perform the work reasonably necessary to prepare and file a professionally adequate merits brief by the current due date.  (Doc. 111 at 3-6.)[2]

---

[1] Chance Andes, Acting Warden of San Quentin Rehabilitation Center since January 2024, is substituted as Respondent in place of his predecessor wardens.  Fed. R. Civ. P. 25(d).

[2] Reference to pagination is to CM/ECF System pagination.

1

Counsel for Petitioner represents that Respondent Warden Chance Anders, through counsel Deputy Attorney General Justain Riley, does not oppose the requested relief.  (*Id.* at 5.)

The Court, finding the matter amenable to resolution on the papers, GRANTS the requested relief and modifies the case schedule, for good cause shown.  The Court is satisfied that notwithstanding Petitioner's reasonable diligence and that of his lead counsel, the current scheduling deadline cannot be met.  Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."); *City of Lincoln v. Cnty. of Placer*, 2023 WL 2776091, at *6 (E.D. Cal. Apr. 4, 2023) (the "good cause" requirement focuses primarily on the party's diligence and its reasons for not acting sooner).

THEREFORE, the Court rules that:

1. Petitioner shall file his brief in support of the § 2254 petition for writ of habeas corpus **NO LATER THAN APRIL 16, 2025**.

2. The current case schedule (Doc. 103) **OTHERWISE SHALL REMAIN** in full force and effect.

3. The Court will NOT entertain a request for summary judgment.

4. Motions for discovery, expansion of the record, and/or evidentiary hearing will be entertained only AFTER the Court's §2254(d) analysis of the federal claims.

IT IS SO ORDERED.

Dated:   **December 3, 2024**

UNITED STATES DISTRICT JUDGE